1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   BARBARA KELLER, Individually and on              No. C 05-00331 WHA
     Behalf of All Others Similarly Situated,
11                                                    Related cases:
                     Plaintiff,                       No. C 05-00392 WHA
12                                                          C 05-00505 WHA
        v.                                                 C 05-00712 WHA
13

14   SIPEX CORPORATION, DOUGLAS M.                    **ORDER DISMISSING AND**
     McBURNIE, WALID MAGHRIBI, PHILLIP A.             **CONSOLIDATING**
15   KAGEL, and CLYDE R. WALLIN,                      **RELATED ACTIONS**
                                                      **AGAINST SIPEX**
16                   Defendants.                      **CORPORATION, ET AL.,**
     _____/          **FOR VIOLATION OF**
17                                                    **SECURITIES LAWS**
     AND RELATED CASES
18   _____/

19
            This order captures, in part, issues addressed at the hearing held on May 12, 2005.  All
20
     counsel representing plaintiffs and defendants were present except for Milberg Weiss Bershad
21
     & Schulman representing Coil Partners, LLC.  The Court appreciates those counsel in
22
     attendance.
23
            Good cause having been shown, and no objections having been received, the Court
24
     ORDERS as follows:
25
            1.      The following actions are dismissed pursuant to parties' voluntary dismissals:
26
     C 05-00331    WHA   *Barbara Keller v. Sipex Corp.*
27
     C 05-00505    WHA   *Steve Levy v. Sipex Corp.*
28

United States District Court
For the Northern District of California

2.      The following actions are consolidated for all purposes, including, but not limited to, discovery, pretrial proceedings and trial proceedings pursuant to FRCP 42(a):

C 05-00392    WHA    *Coil Partners v. Sipex Corp.*

C 05-00712    WHA    *Alfred H. Jacobson v. Sipex Corp.*

3.      The consolidated cases shall be identified as *In re Sipex Corporation Securities Litigation*, Case No. CV 05-00392 WHA.  The files in this action shall be maintained in one file under Master File No. CV 05-00392 WHA.  Any other action now pending or hereafter filed in this District that arises out of the same facts and claims as alleged in these related actions shall be consolidated for all purposes as the Court is informed of them.  The parties shall notify the Court of any other action pending or filed outside this District that may be related to the subject matter of these consolidated actions should they become aware of such actions.

4.      Henceforth every pleading filed in these consolidation actions, or in any separate action included herein, shall bear the following caption:

IN RE SIPEX CORPORATION                                No. CV 05-00392 WHA

SECURITIES LITIGATION

                                                              **CLASS ACTION**

This Document Relates To:

_____

5.      When a pleading is intended to be applicable to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words, "This Document Relates To" in the above caption.  When a pleading is intended to be applicable only to some, but not all, such actions, the Court's docket number for each individual action to which the documents are intended to be applicable and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To" in the caption described above, *e.g.*, "This Document Relates To:  *Jacobsen*, Case No. CV 05-00712 WHA."

6.      From the date of entry of this Order, the parties shall comply with 15 U.S.C. § 78u-4(b)(3)(C)(i), without regard to whether a stay under 15 U.S.C. § 78u-4(b)(3)(B) is in effect, and shall comply with 15 U.S.C. § 78u-4(b)(3)(C)(i)'s provisions

**United States District Court**
For the Northern District of California

concerning documents relevant to allegations contained in any and all of the pleadings in these actions, including any consolidated complaint.

7.   Unless otherwise agreed between the parties, lead plaintiff shall file a consolidated class action complaint no later than 45 days from the date of entry of an order appointing lead plaintiff.  The consolidated class action complaint shall be treated as if it were the original complaint, and all defendants shall have 45 days after the filing and service of the consolidated class action complaint to answer or otherwise respond.  Notwithstanding the filing of the consolidated class action complaint pursuant to FRCP 15(a), in the event that defendants file any motions directed at the consolidated class action complaint, counsel are to meet and confer and report to the Court with regard to an acceptable briefing and hearing schedule for such motions.

**IT IS SO ORDERED.**

Dated: May 12, 2005.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California